This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ROBBIN R. HAROLD,**

Petitioner-Appellant,

v.                                                                        **NO. 34,980**

**JANET DOHERTY,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Angie K. Schneider, District Judge**

Robbin R. Harold
High Rolls, NM

Pro Se Appellant

John R. Hakanson
Alamogordo, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}    Summary affirmance in part and reversal in part was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing

summary affirmance in part and reversal in part has been filed and the time for doing so has expired.

{2}     AFFIRMED in part and REVERSED in part as set forth in the calendar notice.

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____
**J. MILES HANISEE, Judge**